**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | **Criminal No. 09-11 (2) (RHK/AJB)** |
| Plaintiff, | **ORDER** |
| vs. | |
| Silvia Azucena Barragan-Sanchez, | |
| Defendant. | |

This matter is before the Court on the Defendant's Motion for Extension of Time to Respond to Presentence Report.

The Court, having reviewed the Motion and being duly advised, grants the Motion and extends the time for the submission of written correspondence to identifying objections and proposed amendments to the presentence report by June 24, 2009.

Dated: June 16, 2009

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge